IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| 44 HUMMELSTOWN ASSOCIATES, LLC,<br>    Plaintiff<br><br>    v.<br><br>AMERICAN SELECT INSURANCE COMPANY,<br>    Defendant | No. 1:20-cv-02319<br><br>(Judge Kane) |

# ORDER

**AND NOW**, on this 7th day of June 2021, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Defendant American Select Insurance Company's motion to dismiss (Doc. No. 16) Plaintiff 44 Hummelstown Associates, LLC ("Plaintiff")'s amended complaint (Doc. No. 12) is **GRANTED**;

2. Plaintiff's amended complaint (Doc. No. 12) is **DISMISSED WITH PREJUDICE**; and

3. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane<br>
Yvette Kane, District Judge<br>
United States District Court<br>
Middle District of Pennsylvania